UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TYREK DUBOSE,

                Plaintiff,

-against-

C.O. JIMINEZ; C.O. HARKINS; C.O. TRACEY; JOHN DOE 1; DEL BIANCO; C.O. ORTIZ; C.O. SERRINGERER; C.O. PRINCE; C.O. ALBERT; C.O. LOPEZ; SGT. NIENSTEDT; SGT. FIGUERORA; C.O. WALDEN; NURSE PITT; C.O. DREXLER; C.O. BIANCHI; C.O. LOPEZ; JOHN DOE 2; C.O. KITSON; SGT. SANTOS; C.O. DOWNER; C.O. BUCKHAM; SGT. CAMPBELL; NURSE ADMINISTRATOR OSSELMAN; NURSE ADMINISTRATOR FURCO; COMMISSIONER'S HEARING OFFICER MAYES; C.O. MORALES; SUPERINTENDENT BURNETT; ANTHONY RODRIGUES; DONALD VENETTOZZI; DEPUTY SUPERINTENDENT WOOD; ORC LOSI; SGT. CARBONE; C.O. LAVALLE; C.O. PIGUET; C.O. NELSON,

                Defendants.

---

22-CV-2124 (VB)

ORDER OF SERVICE

VINCENT L. BRICCETTI, United States District Judge:

    Plaintiff, currently incarcerated at Fishkill Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his rights. By order dated March 30, 2022, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*.[1]

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. See 28 U.S.C. § 1915(b)(1).

## DISCUSSION

**A. Service on Named Defendants**

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons and complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued. If the complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the following defendants: Correction Officers Jiminez, Harkins; Tracey, Del Bianco, Ortiz, Serringer, Prince, Albert, Lopez, Walden, Drexler, Bianchi, Kitson, Downer, Buckham, Morales, Lavalle, Piguet, and Nelson; Sergeants Figuerora; Santos; Campbell, Carbone, and Nienstedt; Nurse Pitt, and Nurse Administrators Osselman and Furco;

2

Commissioner's Hearing Officer Mayes; Superintendent Burnett; Acting Director of Special Housing Units Anthony Rodrigues; Donald Venettozzi; Deputy Superintendent Wood; and Offender Rehabilitation Coordinator Losi.[2] The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B.   Local Civil Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled <u>"Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents."</u> Within 120 days of service of the complaint, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[3]

## CONCLUSION

The Clerk of Court is further instructed to complete the USM-285 forms and deliver to the U.S. Marshals Service all documents necessary to effect service on the following Defendants: Correction Officers Jiminez, Harkins; Tracey, Del Bianco, Ortiz, Serringer, Prince, Albert, Lopez, Walden, Drexler, Bianchi, Kitson, Downer, Buckham, Lavalle, Piguet, Morales, and

---

[2] Plaintiff has not supplied sufficient information for the New York State Department of Corrections and Community Supervision to identify the John Doe defendants and the Court therefore does not at this stage ask the New York State Attorney General to attempt to identify these defendants.

[3] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.

3

Nelson; Sergeants Figuerora; Santos; Campbell, Carbone, and Nienstedt; Offender Rehabilitation Coordinator Losi; Nurse Pitt, and Nurse Administrators Osselman and Furco; Commissioner's Hearing Officer Mayes; Fishkill Superintendent Burnett and Deputy Superintendent Wood; Donald Venettozzi; and Anthony Rodrigues.

Local Civil Rule 33.2 applies to this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: April 4, 2022
White Plains, New York

_____
VINCENT L. BRICCETTI
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Correction Officer Jiminez
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

2. Correction Officer Harkins
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

3. Correction Officer Tracey
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

4. Correction Officer Del Bianco
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

5. Correction Officer Morales
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

6. Correction Officer Ortiz
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

7. Correction Officer Serringer
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

8. Correction Officer Prince
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

9. Correction Officer Albert
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

10. Correction Officer Lopez
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

11. Correction Officer Walden
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

12. Correction Officer Drexler
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

13. Correction Officer Bianchi
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

14. Correction Officer Kitson
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

15. Correction Officer Downer
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

16. Correction Officer Buckham
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

17. Correction Officer Lavalle
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

18. Correction Officer Piguet
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

19. Correction Officer Nelson
    Fishkill Correctional Facility

        18 Strack Drive
        Beacon, NY 12508-0307

20. Sergeant Nienstedt
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

21. Sergeant Figueroa
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

22. Sergeant Santos
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

23. Sergeant Campbell
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

24. Sergeant Carbone
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

25. Nurse Pitt
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

26. Nurse Administrator Osselman
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

27. Nurse Administrator Furco
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

28. Commissioner's Hearing Officer Mayes
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

29. Superintendent Edward Burnett
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

30. Anthony Rodrigues
    Acting Director of Special Housing Units
    The Harriman State Campus, Building 2
    1220 Washington Avenue
    Albany, NY 12226-2050

31. Donald Venettozzi, Director
    DOCCS Special Housing and Inmate Disciplinary Programs
    The Harriman State Campus, Building 2
    1220 Washington Avenue
    Albany, NY 12226-2050

32. Deputy Superintendent Wood
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307

33. Offender Rehabilitation Counselor Losi
    Fishkill Correctional Facility
    18 Strack Drive
    Beacon, NY 12508-0307