USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-18-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYREK DUBOSE,
              Plaintiff,

v.

C.O. JIMINEZ, et al.,
              Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

Copies Mailed/Faxed 7-18-22
Chambers of Vincent L. Briccetti

    Plaintiff, who is incarcerated and proceeding pro se and in forma pauperis, commenced this action on March 14, 2022. (Doc. #1).

    On April 6, 2022, the Clerk of Court issued summonses as to defendants. (Doc. #10). Because plaintiff is proceeding in forma pauperis, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. Fed. R. Civ. P. 4(c)(3).

    On June 16, 2022, the U.S. Marshals Service docketed proofs of service, which indicate that all defendants were served on June 10, 2022. (Docs. ##20–52). Thus, defendants' response to the complaint was due on July 1, 2022. To date, defendants have neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

    The Court sua sponte extends defendants' deadline to answer, move, or otherwise respond to the complaint to August 17, 2022. **In other words, defendants shall answer, move, or otherwise respond to the complaint—or request additional time to do so—by August 17, 2022.**

    Chambers will mail a copy of this Order to plaintiff at the address on the docket, as well as to the Attorney General of the State of New York at 28 Liberty Street, 15th Floor, New York, New York 10005.

Dated: July 18, 2022
       White Plains, NY

                        SO ORDERED:

                        Vincent L. Briccetti
                        United States District Judge