Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYREK DUBOSE,
               Plaintiff,

v.

C.O. JIMINEZ, et al.,
               Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

     Plaintiff, who is proceeding pro se and in forma pauperis, commenced this action on March 14, 2022. (Doc. #1). On September 30, 2022, defendants filed a partial motion to dismiss. (Doc. #62). To date, plaintiff has not responded to defendants' motion.

     Accordingly, it is HEREBY ORDERED that plaintiff's deadline to oppose defendants' partial motion to dismiss is sua sponte extended to **November 28, 2022**. Defendants' reply, if any, is due **December 12, 2022**.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

     Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: October 27, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge