UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYREK DUBOSE,
            Plaintiff,

v.

C.O. JIMINEZ, et al.,
            Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

Plaintiff, who is proceeding pro se and in forma pauperis, commenced this action on March 14, 2022. (Doc. #1). On September 30, 2022, defendants filed a partial motion to dismiss. (Doc. #62). On October 27, 2022, the Court sua sponte extended plaintiff's deadline to oppose the motion to November 28, 2022, and defendants' deadline to file a reply, if any, to December 12, 2022. (Doc. #65).

On November 17, 2022, plaintiff requested a thirty-day extension to oppose defendants' motion. (Doc. #68). On November 21, 2022, the Court extended plaintiff's deadline to oppose the motion to December 28, 2022, and defendants' deadline to file a reply, if any, to January 11, 2023. (Doc. #70). To date, plaintiff has not filed an opposition to the motion.

Accordingly, the Court sua sponte extends plaintiff's deadline to oppose defendants' motion to **January 25, 2023**. Defendants' reply, if any, is due **February 8, 2023**. **No further extensions of this deadline shall be granted. Should plaintiff fail to file an opposition by January 25, 2023, the Court will deem the motion fully submitted and decide it in due course.**

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

1

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 9, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge