UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYREK DUBOSE,
                Plaintiff,

v.

C.O. JIMINEZ, et al.,
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

      By Order dated September 28, 2023, the Court directed counsel to file a joint status report on settlement discussions by **January 12, 2024**. (Doc. #88). To date, counsel has not done so.

      Accordingly, the Court sua sponte extends the deadline for defense counsel to file a joint status report to **January 23, 2024**.

      Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: January 16, 2024
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge