UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYREK DUBOSE,
                Plaintiff,

v.

C.O. HARKINS, et al.,
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

       As discussed at a case management conference held on the record today, at which defense counsel appeared, but plaintiff, proceeding pro se and in forma pauperis, failed to appear because he is in custody at the Otis Baum Correctional Facility in Queens, New York (see Doc. #104), it is HEREBY ORDERED:

       1.     The deadline for completion of all discovery is extended to August 23, 2024.

       2.     A case management conference is scheduled for **September 19, 2024, at 11:00 a.m.** If plaintiff is released prior to that date, the conference will proceed in person, in Courtroom 620 of the White Plains courthouse. If plaintiff is still in custody on that date, the conference shall proceed by telephone. It is defense counsel's responsibility to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by phone:

       Dial-In Number: (888) 363-4749 (toll free) or (215) 446-2662;
       Access Code: 1703567

       3.     If plaintiff is unable to appear on September 19, 2024, at 11:00 a.m., he must submit a request in writing to the Court by no later than **September 12, 2024**, for an adjournment of the date and/or time.

       4.     **Plaintiff is reminded of his obligation to comply with Court orders and, specifically, to cooperate with defense counsel to complete discovery in a timely manner. Plaintiff is further reminded that it is his responsibility to advise the Court, in writing, of any changes to his address. If he fails to do any of the foregoing, the Court may dismiss his case for failure to prosecute and comply with Court orders. See Fed. R. Civ. P. 41(b).**

1

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 23, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge