Copies Mailed
Chambers of Vincent L. Briccetti

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TYREK DUBOSE
                   Plaintiff,

v.

C.O. HARKINS, et al.,
                   Defendants.
-------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

      On October 2, 2024, the Court received return mail for the copy of the September 5, 2024, Order (Doc. #109) sent to plaintiff at the address on the docket. The Order was returned because it did not include plaintiff's "Book and Case or NYS ID." According to the New York City Department of Correction's Inmate Lookup Service, plaintiff's Book and Case number is 4412401046.

      Accordingly, the Clerk of Court is instructed to update plaintiff's address to:

      Tyrek Dubose
      B/C# 4412401046
      16-00 Hazen Street
      East Elmhurst, NY 11470
      dubosetyrek9@gmail.com

      In addition, the Court will mail a copy of this Order, and its September 5, 2024 (Doc. #109) and September 19, 2024 (Doc. #111) Orders and all accompanying papers, to plaintiff at the above address.

Dated: October 8, 2024
      White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti
United States District Judge

1