Copies Mailed/Faxed 2/7/25
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/25

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

February 7, 2025

Honorable Vincent Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> The case management conference
> scheduled for 2/13/2025 at 11 a.m. will
> proceed as planned via Microsoft
> Teams. Although dial-in details have
> previously been provided, chambers will
> also send the video conference link to
> defense counsel via email.
> SO ORDERED:
>
> _Vincent L. Briccetti_
> Vincent L. Briccetti
> United States District Judge
> February 7, 2025

*Re:*    *Tyrek Dubose v. C.O. Jiminez, 22-CV-2124 (VB)*

Dear Judge Briccetti:

    Defendants C.O. M. Delbianco, C.O. L. Harkins, C. Prince, Sgt. Nienstedt, Sgt. Carbone, C.O. Walden, C.O. Or___, ___, ___, Downer, C.O. Santos, Deputy Superintendent Wood, C.O. Piggee, Hearing Officer Mayes, Kathleen Losi, ("Defendants")[1] by their attorney, Letitia James, New York Attorney General, submit this letter requesting that the method of the conference scheduled for February 13, 2025, be changed from telephonic to teleconference (Teams/Webex).

    Your Honor most recently scheduled a conference call with Defense counsel and Plaintiff for February 13, 2025, at 11am. (*see* ECF #116).

    Presently, Plaintiff is being held at the Robert N. Davoren Center, and his next appearance is scheduled for February 10, 2025. I have no reason to believe he will be out of New York City Department of Corrections custody by the conference date.

    In attempting to comply with the Court's direction in order (ECF #116), I was informed by New York City Department of Corrections employees that "NYC DOC does not have telephone conferences capabilities for our persons in custody."

    In light of that, I am asking the Court to agree to change the method of conference to teleconference via Microsoft Teams/Webex. I previously set up a video conference for the

---

[1] Please note that the following defendants were originally named in the lawsuit and dismissed after motion practice, pursuant to the Court's August 15, 2023, decision, and order (ECF #75): Campbell, Osselman, Furco, Pitt, Figueroa, Serringer, Jimenez, Kitson, Bianchi, Nelson, Mayes, Venettozzi, Rodriguez, and Burnett.

Case 7:22-cv-02124-VB     Document 119     Filed 02/07/25     Page 2 of 2

same date and time as the Court's conference, and it was approved by NYC DOC. Ms. Hilbert should have received an email from NYC DOC, with the access link.

I apologize for any inconvenience to the Court, but I am making this request early enough to ensure that I can coordinate with NYCDOC to schedule Plaintiff's availability for the February 13, 2025, conference.

Respectfully submitted,

*Robert Feliu*

Robert C. Feliu
Assistant Attorney General
Robert.Feliu@ag.ny.gov