Copies Mailed/Faxed 2/13/25 OK
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
TYREK DUBOSE,                                               :
                            Plaintiff,                      :
v.                                                          :     ORDER
                                                            :
CO JIMINEZ, et al.,                                         :     22 CV 2124 (VB)
                            Defendants.                     :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/25

As discussed at an on-the-record video conference held today, at which plaintiff, who is proceeding pro se, and defense counsel appeared, it is HEREBY ORDERED:

1. By March 13, 2025, plaintiff shall file a letter with the Court indicating whether or not he will continue to pursue the case. If plaintiff decides not to pursue the case, the case will be dismissed with prejudice, meaning he will not be able to re-file the case in the future. To be clear, plaintiff must advise the Court in writing by no later than March 13, 2025, whether he wishes to voluntarily dismiss the case with prejudice, or whether he wishes to continue prosecuting the case.

2. If plaintiff chooses to continue to pursue the case, defendants shall file their motion for summary judgment by May 30, 2025. By June 30, 2025, plaintiff shall file his response. By July 14, 2025, defendants shall file their reply.

Chambers will mail a copy of this Order, as well as a copy of the Motions Guide for Pro Se Litigants, to plaintiff at the address on the docket.

Dated: February 13, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge