Copies Mailed/Faxed 3/28/25
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYREK DUBOSE,
        Plaintiff,

v.

CO JIMINEZ, et al.,
        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

      By letter dated March 10, 2025, which was received by the Court on March 21, 2025, and docketed on March 27, 2025, plaintiff informed the Court that he was "no longer willing to terminate the proceeding." (Doc. #122). The Court deems the March 10, 2025, letter to be in compliance with its February 13, 2025, Order directing plaintiff to inform the Court whether he intended to continue to pursue the case. (Doc. #121).

      Enclosed with plaintiff's letter is a separate letter addressed to defense counsel, dated December 19, 2024, requesting supplemental discovery from defendants. By April 4, 2025, defense counsel is ordered to file a letter indicating whether there are outstanding discovery requests and, if so, when the discovery requests will be responded to.

      Should defendants wish to seek an adjournment of the summary judgment briefing schedule, they should request such an adjournment in their letter.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 28, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge