USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYREK DUBOSE,
                Plaintiff,

v.

CO JIMINEZ, et al.,
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

By letter dated March 10, 2025, in which plaintiff informed the Court that he was "no longer willing to terminate the proceeding," plaintiff enclosed a separate letter addressed to defense counsel, dated December 19, 2024, requesting supplemental discovery. Plaintiff contends that he attempted to send the discovery letter to defense counsel but that the letter was eventually returned to sender. (Doc. #122).

By letter dated April 2, 2025, defense counsel affirms that he did not receive plaintiff's supplemental discovery request letter and further contends he has "never received an amended or supplemental list of demands from the Plaintiff at any point after August 13, 2024." (Doc. #124).

By no later than May 7, 2025, plaintiff is ordered to send defendants any and all supplemental discovery requests that he has in this case. The Court will not extend this deadline any further. By June 6, 2025, defendants shall respond to plaintiff's supplemental requests.

The Court will conduct a case management conference on **July 10, 2025, at 10:00 a.m.** Defense counsel shall make the appropriate arrangements with the facility to schedule this video conference and ensure plaintiff's appearance. By July 2, 2025, defense counsel shall provide the video conferencing details to the Court.

All summary judgment briefing deadlines are adjourned without date. The Court expects to re-set a summary judgment briefing schedule at the July 10, 2025, case management conference.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 3, 2025
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge