Copies Mailed/Faxed 7/12/25
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYREK DUBOSE,

        Plaintiff,

v.

CO JIMINEZ, et al.,

        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

    By letter dated September 10, 2025, defense counsel updated the Court on the status of plaintiff's supplemental discovery requests. (Doc. #128). Specifically, defense counsel identified four outstanding discovery requests from plaintiff and requests an extension of forty-five days to either provide the requested documents to plaintiff or notify him that the records could not be located.

    Defense counsel's request is granted. By October 27, 2025, defense counsel is to provide plaintiff with the requested discovery documents or notify him that they could not be located.

    The case management conference scheduled for September 25, 2025, at 10:00 a.m. is adjourned to December 4, 2025, at 9:30 a.m. Defense counsel shall make the appropriate arrangements with the facility to schedule this video conference and ensure plaintiff's appearance. By December 1, 2025, defense counsel shall provide the video conferencing details to the Court.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 12, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge