UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TYREK DUBOSE,                                        :
                 Plaintiff,                    :
                                                   :    **ORDER**
v.                                                   :
                                                   :
CO JIMINEZ, et al.,                                  :    22 CV 2124 (VB)
                 Defendants.                  :
----------------------------------------------------------------x

         On February 17, 2026, the Court received a submission from plaintiff containing several letters and letter motions signed on various dates over the last three months.  (Doc. #136).  In short, plaintiff's filing (i) details several discovery issues, (ii) requests preservation orders relating to certain videos and "phone transactions," and (iii) states plaintiff has "determined that it is in the interest of the proceedings to relinquish the parties known to the Court as [defendant] Harkins and [defendant] Losi from the civil litigation as defendants."  (Id.).

         At this time, plaintiff's requests for preservation orders are DENIED.  The Court shall consider all issues raised in plaintiff's February 17 filing, as well as defendants' anticipated motion for summary judgment, at the case management conference scheduled for **March 20, 2026, at 9:30 a.m.**

         The parties are reminded all pending deadlines in the case remain in place.  Specifically, by **February 23, 2026**, plaintiff may file a letter in response to defendants' pre-motion letter in anticipation of moving for summary judgment.  By **February 27, 2026**, both plaintiff and defense counsel shall file a letter informing the Court of any open discovery issues.

         Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated:  February 20, 2026
         White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge