USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

TYREK DUBOSE,

                Plaintiff,

v.

CO JIMINEZ, et al.,

                Defendants.

-----------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

On March 11, 2026, the Court received from plaintiff a letter dated March 6, 2026, requesting an extension of time for plaintiff to file his response to defendants' pre-motion letter in anticipation of defendants' motion for summary judgment. (Doc. #139). Plaintiff's response was due by February 23, 2026.

Plaintiff's request for an extension of time is DENIED. The Court will address defendants' anticipated motion for summary judgment, as well as outstanding discovery issues, at the case management conference scheduled for **March 20, 2026, at 9:30 a.m.**

Further, the Clerk is instructed to update plaintiff's address as follows: Tyrek Dubose, B/C# 4412401046, RNDC, 11-11 Hazen Street, East Elmhurst, NY, 11370.

Chambers will mail a copy of this Order to plaintiff at his updated address.

Dated: March 12, 2026
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge