Copies Mailed/Faxed 4-17-26
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

TYREK DUBOSE,

                Plaintiff,

v.

CO JIMINEZ, et al.,

                Defendants.

--------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

    As discussed at an on-the-record video conference held today, at which plaintiff, who is proceeding pro se, and defense counsel appeared, it is HEREBY ORDERED:

1. Plaintiff explained on the record that he wished to withdraw his claims against defendants CO Harkins and ORC Losi. Accordingly, plaintiff's claims against these two defendants are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk is instructed to terminate defendants CO Harkins and ORC Losi from the docket.

2. By **May 1, 2026**, defense counsel shall file a letter (i) informing the Court whether defendants consent to transfer the case to the magistrate judge for all purposes, (ii) advising the Court whether the parties wish to participate in a settlement conference before the magistrate judge, and (iii) providing a status report on discovery and whether there remain any open discovery issues.

3. By **May 18, 2026**, defense counsel shall provide plaintiff with the requested records of plaintiff's FOIL requests and PREA complaints.

4. Although plaintiff—through no fault of the Court or the parties—was placed on hold approximately half an hour into the conference, the Court set a summary judgment briefing schedule. Accordingly, by **July 31, 2026**, defendants shall file their motion for summary judgment. By **September 14, 2026**, plaintiff shall file his response. By **September 28, 2026**, defendants shall file their reply.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 17, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

1