Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TYREK DUBOSE,

                Plaintiff,

v.

CO JIMINEZ, et al.,

                Defendants.

--------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

On June 18, 2026, the Court received a letter from plaintiff requesting copies of transcripts for all conferences in this case and inquiring as to the cost of those transcripts. (Doc. #149).

The following is a list of all conferences in this case, and the Court Reporter, if any, present for each conference:

- September 28, 2023—Darby Ginsberg
- April 23, 2024—Darby Ginsberg
- May 23, 2024—Sue Ghorayeb
- September 19, 2024—No Court Reporter present
- February 13, 2025—Angela O'Donnell
- July 10, 2025—Tabitha Dente
- December 4, 2025—Sue Ghorayeb
- March 20, 2026—Angela O'Donnell
- April 17, 2026—Tabitha Dente

If plaintiff wishes to purchase transcripts for any of the above conferences, he shall send a letter to the Court Reporter present for that conference stating the specific transcript(s) requested. Plaintiff can send these letters to the attention of the Court Reporter, all of whom can be reached at the Charles L. Brieant, Jr. United States Courthouse, 300 Quarropas Street, White Plains, NY 10601-4150.

The Court will provide a copy of this order to each of the Court Reporters listed above. In the event plaintiff reaches out to the Court Reporters to obtain a transcript, the Court

1

Reporters are kindly requested to provide plaintiff with the cost of purchasing each requested transcript.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Chambers will also mail a copy of this Order to the following address, which is the address indicated on the Incarcerated Lookup page of the New York State Department of Corrections and Community Supervision webpage:

Tyrek Dubose, DIN #26B1854
Elmira Correctional Facility
1879 Davis Street
P.O. Box 500
Elmira, NY  14901-0500

**Plaintiff is reminded that it is his obligation to advise the Court promptly, in writing, of any changes to his address.  If he fails to do so, the Court may dismiss his case for failure to prosecute or comply with court orders.  See Fed. R. Civ. P. 41(b).**

Dated: June 22, 2026
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge