Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

TYREK DUBOSE,
Plaintiff,

v.

CO JIMINEZ, et al.,
Defendants.

----------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

On July 15, 2026, the Court received notice that its order dated June 18, 2026 (Doc. #150), which it mailed to plaintiff both at the address listed on the docket and at the address indicated on the Incarcerated Lookup page of the New York State Department of Corrections and Community Supervision (DOCCS) website, was returned as undeliverable.

As of the date of this order, the Incarcerated Lookup page of the DOCCS website indicates plaintiff is incarcerated at Clinton Correctional Facility. Accordingly, the Court will mail copies of this order, as well as its order dated June 18, 2026 (Doc. #150), to plaintiff at both the address listed on the docket and the following address:

Tyrek Dubose, DIN #26B1854
Clinton Correctional Facility
1156 Rt. 374
P.O. Box 2001
Dannemora, NY 12929

**Plaintiff is again reminded that it is his obligation to advise the Court promptly, in writing, of any changes to his address. If he fails to do so, the Court may dismiss his case for failure to prosecute or comply with court orders. See Fed. R. Civ. P. 41(b).**

Dated: July 15, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge