USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TYREK DUBOSE,
Plaintiff,

v.

CO JIMINEZ, et al.,
Defendants.

------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

On August 26, 2026, the Court received from plaintiff a letter dated August 17, 2026, in which plaintiff (i) claims correctional facility staff discarded his legal documents, (ii) asserts there are outstanding discovery issues, and (iii) requests an immediate Court conference. (Doc. #160). This letter is substantially similar to plaintiff's letter dated August 10, 2026, which defense counsel attached to its motion for an extension of time dated August 19, 2026. (Doc. #158-3).

As detailed in the Court's August 20, 2026, order granting defense counsel's motion, (i) to the extent plaintiff requires copies of documents in this case, he may make that request to defense counsel, (ii) the Court's understanding is that discovery has closed and there are no outstanding discovery issues, and (iii) plaintiff has not otherwise provided any basis for the Court to convene a conference. (Doc. #159).

In any event, in the interest of ensuring a complete record, by **September 2, 2026**, defense counsel shall submit a letter responding to the issues raised in plaintiff's August 17 letter.

The Court will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: August 26, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge