USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TYREK DUBOSE,
Plaintiff,
v.

CO JIMINEZ, et al.,
Defendants.

---------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

The Court recently received two letters from plaintiff dated August 10, 2026, and August 17, 2026. (Docs. ##158-3; 160). In these letters, plaintiff asserted there are outstanding discovery issues and requested the Court convene an immediate conference.

As explained in the Court's orders dated August 20 and August 26, 2026, the Court's understanding is that discovery has closed and there are no outstanding discovery issues, and plaintiff has not otherwise provided a basis for the Court to convene a conference. (Docs. ##159; 161). In any event, in the interest of ensuring a complete record, the Court directed defense counsel to respond to the issues raised in plaintiff's letters.

Defense counsel has done so by letter dated September 2, 2026. (Doc. #162). For the reasons detailed in that letter, the Court remains satisfied that there are no outstanding discovery issues, and that there is no reason to convene a conference at this time. The summary judgment deadlines set forth in the Court's order dated August 20, 2026, remain in effect. (Doc. #159). Defendants' motion is due September 25, 2026. Plaintiff's response is due November 20, 2026. Defendants' reply is due December 18, 2026.

In addition, on September 2, 2026, the Court received a letter from plaintiff dated August 18, 2026. (Doc. #163). The Court is entirely unfamiliar with the matters raised in the letter, and to the extent the letter requests any relief, that request is DENIED.

The Court will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: September 4, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge