UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

TYREK DUBOSE, :
Plaintiff, :
v. :
:
CO JIMINEZ, et al., :
Defendants. :

-----------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

On September 17, 2026, the Court received a letter from plaintiff dated August 26, 2026. (Doc. #165). In this letter, plaintiff again asserts there are outstanding discovery issues. Specifically, plaintiff claims defendants have failed to produce Sergeant Nienstedt's body worn camera footage.

As explained in the Court's order dated September 4, 2026, the Court is satisfied that there are no outstanding discovery issues. (Doc. #164). Indeed, in a letter dated September 2, 2026, defense counsel explained that there was no body worn camera footage from Sergeant Nienstedt and submitted proof of the same. (Doc. #162). Accordingly, to the extent plaintiff's letter requests any relief, that request is DENIED.

The summary judgment deadlines set forth in the Court's order dated August 20, 2026, remain in effect. (Doc. #159). Defendants' motion is due September 25, 2026. Plaintiff's response is due November 20, 2026. Defendants' reply is due December 18, 2026.

The Court will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: September 18, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge