UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| TYREK DUBOSE, Plaintiff, | : | **ORDER** |
| v. | : | 22 CV 2124 (VB) |
| CO JIMINEZ, et al., Defendants. | : | |

--------------------------------------------------------------x

On October 13, 2026, the Court received a submission from plaintiff in which he requested (i) leave to conduct additional discovery; (ii) a copy of the full discovery record, including discovery materials he previously possessed but have since been discarded; and (iii) an extension of time to file his response to defendant's motion for summary judgment. (Doc. #174).

First, as explained in the Court's orders dated August 20, August 26, and September 4, 2026, the discovery period has closed. The Court will not reopen discovery. (Docs ##159, 161, 164). Leave to conduct additional discovery is therefore DENIED.

Second, in consideration of plaintiff's pro se status and to ensure that he has the discovery materials he needs to respond to the summary judgment motion, by **November 6, 2026**, defendants shall re-produce all discovery materials to plaintiff, and shall file a certification that they have done so.

Finally, plaintiff's request for an extension of time to file a response to the summary judgment motion is GRANTED. Accordingly, plaintiff's deadline to file a response to the motion is extended to **December 21, 2026**. Defendants shall file their reply by **January 18, 2027**.

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: October 16, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge