UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TYREK DUBOSE,
Plaintiff,

v.

CO JIMINEZ, et al.,
Defendants.

---------------------------------------------------------------x

**ORDER**

22 CV 2124 (VB)

On October 30, 2026, the Court received a submission from plaintiff in which he complained that defendants sent him—pursuant to the Court's October 16, 2026, Order—documents that the defendants previously stated "plaintiff could not receive." (Doc. #176). Plaintiff's submission accuses the Court and defendants of "unethical behavior" and asserts that the Court and defendants are a "threat to the judicial system." (Doc. #176).

On November 3, 2026, Assistant Attorney General Robert Feliu submitted a letter advising the Court that a box of discovery meant for plaintiff's controlled review only was mistakenly given to the plaintiff in his cell at Upstate Correctional Facility. (Doc. #177). Mr. Feliu provided the Court with a copy of his email chain with the facility detailing the mix-up and the facility's efforts to retrieve the appropriate documents from plaintiff's cell.[1] The Court is satisfied that Mr. Feliu acted appropriately given the situation and that plaintiff received the full scope of discovery he is entitled to receive.

It is not clear what relief, if any, plaintiff's October 30 submission is seeking. Plaintiff's statement, "I do not want either of you to think you will see the participation of this trial," may be liberally construed as a request to disqualify the Court and Mr. Feliu. To the extent plaintiff makes this request, it is DENIED as plainly frivolous. Moreover, the Court rejects any assertion that it has treated plaintiff unfairly or unethically or that it has somehow engaged improperly with the defendants.

As set forth in the Court's October 16, 2026, Order, plaintiff's deadline to file a response to defendants' motion for summary judgment is **December 21, 2026**. Defendants shall file their reply by **January 18, 2027**. (Doc. #175).

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: November 12, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

---

[1] Mr. Feliu asserts this email chain is attorney work product. However, because the Court sees no reason why these emails would be protected by either the attorney-client privilege or the work product privilege, the Court attaches the email thread to this Order.

**Yadira Fuschillo**

**From:** Feliu, Robert <Robert.Feliu@ag.ny.gov>
**Sent:** Tuesday, November 3, 2026 3:16 PM
**To:** Yadira Fuschillo
**Subject:** Tyrek Dubose 22-CV-2124
**Attachments:** In-Camera Email Exhibits.pdf

**CAUTION - EXTERNAL:**

Good afternoon,

In connection with my letter response (ECF #176) filed pursuant to the Court's order (ECF #175) I note that there was a mailing issue in sending Plaintiff discovery materials that were confidential in nature, that he was intended to review, but not keep in his possession. Due to a miscommunication with the facility Plaintiff received these records. Attached is the communication with the facility (Upstate C.F.) regarding the matter in their entirety to provide the Court context with the letter. Defendants assert they should be considered attorney client communication and are only submitted in camera in connection with the aforementioned letter. (ECF #176)

Thank you.

Robert C. Feliu
Assistant Attorney General
New York State Office of the Attorney General | Westchester Regional Office
44 South Broadway | White Plains, NY 10601
Robert.Feliu@ag.ny.gov | www.ag.ny.gov
(914) 422-8768

CONFIDENTIALITY NOTICE: This message is intended solely for the designated recipient(s) and may contain confidential information which is legally privileged and protected by law from disclosure. If you are not an intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachment(s) is strictly prohibited.

If you received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Doccs.sm.Upstate.IRC
**To:** Feliu, Robert; Doccs.sm.Upstate.IRC; Fay, Stephen
**Subject:** RE: Tyrek Dubose 22-CV-2124
**Date:** Wednesday, October 28, 2026 3:41:39 PM

Good Afternoon,

I just got back from down back going through all his legal paperwork he had in his cell. I did the best I could taking out what pertained to this case. I can't guarantee everything got taken out because I went down back before I got your emails with the documents. I did let the sergeant on the block know that he will be receiving whatever was taken from him back as long as he can have it and he is going to let him know. Once we receive the new documents, I will be sure to go through them and what needs to be reviewed under supervision will be done and I will let you know when this is complete ASAP. Again, I apologize for any inconvenience this may have caused.

Thank you,

**Jean Lyng**
Office Assistant 1-IRC

**Department of Corrections and Community Supervision**
Upstate Correctional Facility, 309 Bare Hill Road, PO Box 2000, Malone, NY 12953
(518) 483-6997 Ext. 4101 doccsupstateirc@doccs.ny.gov

**From:** Feliu, Robert <Robert.Feliu@ag.ny.gov>
**Sent:** Wednesday, October 28, 2026 2:04 PM
**To:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>; Fay, Stephen <Stephen.Fay@ag.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124

**Attention:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

This is the final document to be removed from Plaintiff's possession.

Thank you.

Robert C. Feliu
Assistant Attorney General
New York State Office of the Attorney General | Westchester Regional Office
44 South Broadway | White Plains, NY 10601
Robert.Feliu@ag.ny.gov | www.ag.ny.gov
(914) 422-8768

CONFIDENTIALITY NOTICE: This message is intended solely for the designated recipient(s) and may contain confidential information which is legally privileged and protected by law from disclosure. If you are not an intended

recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachment(s) is strictly prohibited.

If you received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail.

**From:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>
**Sent:** Wednesday, October 28, 2026 12:51 PM
**To:** Feliu, Robert <Robert.Feliu@ag.ny.gov>; Fay, Stephen <Stephen.Fay@ag.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124
**Importance:** High

Good Afternoon,

I spoke with my DSS. We are going to get all paperwork that he has in his possession and go through it and keep whatever he cannot have and return to him whatever he can have. My question is what paperwork can he not be in possession of? I know it might be a pain, but can you be as thorough as possible in explaining what it is that we need to be retrieving from him? Is it possible to scan us a copy so we can compare what he can't have and keep it? I know it is a lot of documents and again I apologize for the miscommunication and inconvenience this may have caused.

Thank you

**Jean Lyng**
Office Assistant 1-IRC

**Department of Corrections and Community Supervision**
Upstate Correctional Facility, 309 Bare Hill Road, PO Box 2000, Malone, NY 12953
(518) 483-6997 Ext. 4101 doccsupstateirc@doccs.ny.gov

**From:** Feliu, Robert <Robert.Feliu@ag.ny.gov>
**Sent:** Wednesday, October 28, 2026 11:29 AM
**To:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>; Fay, Stephen <Stephen.Fay@ag.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124

**Attention:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

No. I apologize for my lack of clarity.

The documents sent directly to him I only need the mail log to show the Court the Plaintiff received

those documents. He should be able to view those whenever he wants.

The documents sent to the IRC are documents Plaintiff cannot keep. So, I need him to review with guidance the documents sent to the IRC, approximately 390 pages and the BWC video (previously provided). And then complete that form which I will show the Court.

That way I can inform the Court that plaintiff received copies of everything he could be given and had the opportunity to review everything else in a controlled review prior to the 11-5 deadline.

Therefore, we are giving him sufficient opportunity to respond to the motion for summary judgment.

Thank you.

Robert C. Feliu
Assistant Attorney General
New York State Office of the Attorney General | Westchester Regional Office
44 South Broadway | White Plains, NY 10601
Robert.Feliu@ag.ny.gov | www.ag.ny.gov
(914) 422-8768

CONFIDENTIALITY NOTICE: This message is intended solely for the designated recipient(s) and may contain confidential information which is legally privileged and protected by law from disclosure. If you are not an intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachment(s) is strictly prohibited.

If you received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail.

**From:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>
**Sent:** Wednesday, October 28, 2026 11:21 AM
**To:** Feliu, Robert <Robert.Feliu@ag.ny.gov>; Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>; Fay, Stephen <Stephen.Fay@ag.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124

Hello,

Yes, we received the documents for him. I requested the legal mail log from the mail room and I will provide that to you when I receive it. I reached out to our guidance department to see when they can do the controlled review of it. So just to clarify, you would like him to bring the documents with him that he received via legal mail and then have someone review those with him along with the flash drive that you previously provided to our office?

Thank you,

**Jean Lyng**
Office Assistant 1-IRC

**Department of Corrections and Community Supervision**
Upstate Correctional Facility, 309 Bare Hill Road, PO Box 2000, Malone, NY 12953
(518) 483-6997 Ext. 4101 doccsupstateirc@doccs.ny.gov

**From:** Feliu, Robert <Robert.Feliu@ag.ny.gov>
**Sent:** Wednesday, October 28, 2026 10:37 AM
**To:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>; Fay, Stephen <Stephen.Fay@ag.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124

**Attention:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Good morning,

Two follow up questions to my prior emails.

First, is there any documentation that can be provided that Plaintiff Tyrek Dubose, DIN 26B1854 received the most recent mailing we sent him which arrived at the facility on Monday? See attached for tracking information.

Second, can the IRC confirm receipt of the package received on Thursday (10-22-26) and that a controlled review with that material and the BWC from the previously provided flash drive will be completed prior to 11-5-26?

Thank you very much. Please let me know if there are any issues.

Robert C. Feliu
Assistant Attorney General
New York State Office of the Attorney General | Westchester Regional Office
44 South Broadway | White Plains, NY 10601
Robert.Feliu@ag.ny.gov | www.ag.ny.gov
(914) 422-8768

CONFIDENTIALITY NOTICE: This message is intended solely for the designated recipient(s) and may contain confidential information which is legally privileged and protected by law from disclosure. If you are not an intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachment(s) is strictly prohibited.

If you received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail.

**From:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>
**Sent:** Thursday, October 22, 2026 9:58 AM
**To:** Fay, Stephen <Stephen.Fay@ag.ny.gov>; Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>; Feliu, Robert <Robert.Feliu@ag.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124

Sounds good. I let the mail room know so they are on the look out

**Jean Lyng**
Office Assistant 1-IRC

**Department of Corrections and Community Supervision**
Upstate Correctional Facility, 309 Bare Hill Road, PO Box 2000, Malone, NY 12953
(518) 483-6997 Ext. 4101 doccsupstateirc@doccs.ny.gov

**From:** Fay, Stephen <Stephen.Fay@ag.ny.gov>
**Sent:** Thursday, October 22, 2026 9:25 AM
**To:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>; Feliu, Robert <Robert.Feliu@ag.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124

**Attention:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Good morning,

The Fedex is scheduled for delivery between 11-3 for today

Stephen Fay | Legal Assistant 1
New York State Office of the Attorney General
Westchester Regional Office
44 South Broadway | 5th Floor
White Plains, NY 10601
Tel:914-422-8838 |Stephen.fay@ag.ny.gov

**From:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>
**Sent:** Thursday, October 22, 2026 9:07 AM
**To:** Feliu, Robert <Robert.Feliu@ag.ny.gov>; Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>
**Cc:** Fay, Stephen <Stephen.Fay@ag.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124

Good Morning,

I will keep an eye out for it and set up the controlled review and let you know when it is

completed.

Thank you,

**Jean Lyng**
Office Assistant 1-IRC

**Department of Corrections and Community Supervision**
Upstate Correctional Facility, 309 Bare Hill Road, PO Box 2000, Malone, NY 12953
(518) 483-6997 Ext. 4101 doccsupstateirc@doccs.ny.gov

**From:** Feliu, Robert <Robert.Feliu@ag.ny.gov>
**Sent:** Wednesday, October 21, 2026 5:03 PM
**To:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>
**Cc:** Fay, Stephen <Stephen.Fay@ag.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124
**Importance:** High

**Attention:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Good evening,

Pursuant to the attached order from the Court I am required to ensure that Plaintiff has the discovery materials he needs to respond to the summary judgment motion, and by November 6, 2026, I must re-produce all discovery materials to plaintiff and shall file a certification that they have done so.

To that end, I am writing to let Upstate IRC know my office mailed approximately 370 pages that I previously showed to Plaintiff at a controlled review while he was at Rikers Island. I have sent a copy of those items to Upstate via Fedex the overnight number is #879018020856. I will need another certification that Plaintiff reviewed those incoming materials prior to November 5, 2026.

Please, if possible, to cover all the bases show him the Body Worn Camera video again on the flash drive that should have arrived with the motion at that same time. That way the certification from the facility, which I will include in my letter to the Court, will show the Plaintiff reviewed all of those materials.

I will directly send him any remaining records that I need to resend that he is allowed to possess.

Please let me know if you have any questions or concerns.

Thank you very much!

Robert C. Feliu
Assistant Attorney General
New York State Office of the Attorney General | Westchester Regional Office

44 South Broadway | White Plains, NY 10601
Robert.Feliu@ag.ny.gov | www.ag.ny.gov
(914) 422-8768

CONFIDENTIALITY NOTICE: This message is intended solely for the designated recipient(s) and may contain confidential information which is legally privileged and protected by law from disclosure. If you are not an intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachment(s) is strictly prohibited.

If you received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail.

**From:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>
**Sent:** Monday, October 5, 2026 9:42 AM
**To:** Feliu, Robert <Robert.Feliu@ag.ny.gov>
**Cc:** Fay, Stephen <Stephen.Fay@ag.ny.gov>; Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124

**[EXTERNAL]**

Good morning,
Please see attached legal mail log for I/I Dubose. As previously mentioned we will maintain the USB drive in IRC in the event Dubose would like to review it prior to his 11/2026 date.

Thank you,

**Rachael Barse**
Office Assistant 2 Incarcerated Records

**Department of Corrections and Community Supervision**
Upstate Correctional Facility, Box 2000, 309 Bare Hill Road, Malone, New York 12953
518 483-6997 x 4120 doccsupstateirc@doccs.ny.gov

**From:** Doccs.sm.Upstate.IRC
**Sent:** Monday, September 21, 2026 8:41 AM
**To:** Feliu, Robert <Robert.Feliu@ag.ny.gov>; Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>
**Cc:** Fay, Stephen <Stephen.Fay@ag.ny.gov>
**Subject:** RE: Tyrek Dubose 22-CV-2124

Good morning,

Received. Once we receive it in the mail I will set him up with a review session to watch the video and will forward you the paperwork once complete. Would you like a copy when he receives the paperwork via legal mail?

Thank you,
**Rachael Barse**
Office Assistant 2 Incarcerated Records

**Department of Corrections and Community Supervision**
Upstate Correctional Facility, Box 2000, 309 Bare Hill Road, Malone, New York 12953
518 483-6997 x 4120 doccsupstateirc@doccs.ny.gov

**From:** Feliu, Robert <Robert.Feliu@ag.ny.gov>
**Sent:** Friday, September 18, 2026 2:22 PM
**To:** Doccs.sm.Upstate.IRC <DoccsUpstateIRC@doccs.ny.gov>
**Cc:** Fay, Stephen <Stephen.Fay@ag.ny.gov>
**Subject:** Tyrek Dubose 22-CV-2124
**Importance:** High

**Attention:** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Good afternoon,

I am writing to inform the facility that I served the Plaintiff today with my motion for summary judgment at your facility:

Tyrek Dubose
DIN 26B1854
Upstate Correctional Facility
309 Bare Hill Road
Malone, NY 12953

Please note that the mailing was sent in binders. I understand that the paper may be removed from the binder for security and mailing screening but please ensure he receives all of it.

Additionally, Ex. C of the motion is a USB containing body worn camera for the subject incident. While I understand that Plaintiff cannot keep this item on his persons or in his cell, please ensure that he is provided an opportunity to view it as many times as necessary to draft an opposition to my motion.

I do not want the Plaintiff writing to the Court that DOCCS, and thus defendants, are not providing him with an opportunity to adequately oppose my motion because he is being denied the opportunity to view the footage. All other exhibits are paper and while extensive should not pose a security risk.

Please confirm receipt of this and please copy me on any forwarding of this email to the appropriate entities so that I can respond if they have any questions.

Thank you.

Robert C. Feliu

Assistant Attorney General
New York State Office of the Attorney General | Westchester Regional Office
44 South Broadway | White Plains, NY 10601
Robert.Feliu@ag.ny.gov | www.ag.ny.gov
(914) 422-8768

CONFIDENTIALITY NOTICE: This message is intended solely for the designated recipient(s) and may contain confidential information which is legally privileged and protected by law from disclosure. If you are not an intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachment(s) is strictly prohibited.

If you received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.